UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> ANDREW PERRY  ) | CRIMINAL NO. 04-863-MBB |

GOVERNMENT'S MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT

The government respectfully moves to unseal the complaint and supporting affidavit in this case, filed with this Court on July 16, 2004. As grounds therefor, the government states that the defendant has been arrested pursuant to a warrant issued by this Court, and there is no further need to maintain the secrecy of the complaint.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ William H. Connolly
WILLIAM H. CONNOLLY
Assistant U.S. Attorney
(617) 748-3174

*July 21, 2004. Allowed.*

*Marianne B. Bowler, USMJ*