➥AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES<br>V.<br>ANDREW PERRY | | | | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  04-863-MBB | |
| PRESIDING JUDGE<br>BOWLER | | | PLAINTIFF'S ATTORNEY<br>WILLIAM CONNOLLY | | DEFENDANT'S ATTORNEY<br>TIMOTHY WATKINS |
| TRIAL DATE (S)<br>7/23/04 | | | COURT REPORTER<br>DIGITAL | | COURTROOM DEPUTY<br>SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 7/23/04 | X | X | AFFIDAVIT |
| 2 | | 7/23/04 | X | X | BOSTON POLICE INCIDENT REPORT |
| 3 | | 7/23/04 | X | X | REPORT OF INVESTIGATION |
| 4 | | 7/23/04 | X | X | BOSTON POLICE MEMORANDUM dtd. 5/27/04 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1       Pages